# COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT. LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Carlos Revello (J)# | CASE NO: | 00-4085-BSS |
| AUSA: | Robin Rosenbaum *Present* | ATTNY: | |
| AGENT: | DEA | VIOL: | PWID heroin |
| PROCEEDING: | Initial Appearance | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

*d advised of charge will try to hire an atty.*

FILED
APR 20 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 4-25-00 | 11:00am | Snow |
| PTD/BOND HEARING: | 4-27-00 | 10:30am | Snow |
| PRELIM/ARRAIGN. or XXXXXXXX | 4-28-00 | 11:00am | Snow |
| STATUS CONFERENCE: | | | |

DATE: 4-20-00    TIME: 11:00am    TAPE # 00-030    PG # 17
3016-3500