UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55278-004

UNITED STATES OF AMERICA )
          Plaintiff      ) Case Number: CR 00-4085-BSS
                         ) REPORT COMMENCING CRIMINAL
    -vs-                 )         ACTION
                         )
CARLOS A REVELO          )
          Defendant

*********************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court              (circle one)

FILED by ___ D.C.
APR 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4-19-00 ___ am/pm

(2) Language Spoken: SPANISH

(3) Offense(s) Charged: PWID HEROIN

(4) U.S. Citizen  [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 9-27-73

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____      (9) Arresting Officer: _____

(10) Agency: DEA          (11) Phone: _____

(12) Comments: