COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: CARLOS REVELLO (J)                CASE NO: 00-4085-BSS
AUSA: ROBIN ROSENBAUM /Miliana          ATTY: Daryl Wilcox
AGENT: _____             VIOL: _____
PROCEEDING INQUIRY RE COUNSEL           RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no              COUNSEL APPOINTED FPD
_____ BOND SET @ _____
_____ SPECIAL CONDITIONS: _____
1) To be cosigned by: _____
2) Rpt to PTS _____ x's a wk/month by phone;  _____ x's a wk/month in person
3) Travel extended to: _____

Sworn for appointment of Counsel

(Circle One)
Interpreter Requested
No Interpreter
Not Known
Spanish
(Specify Language)

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:
                        PTD/BOND HRG:   4-27    10:30   Snow
                        PRELIM/ARRAIGN: 4-28    11      Snow
                        REMOVAL HRG:
                        STATUS CONF:

Date: 4-25-00   Time: 11:00   FTL/LSS TAPE #00-021   Begin: 490   End: 748

