UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4085-BSS

UNITED STATES OF AMERICA

vs

CARLOS REVELLO

O R D E R

__x__/ Appointing Counsel
_____/ Ratifying Prior Service
_____/ Extending Appointment
       for Appeal
_____/ Substituting Counsel

_____
(prior counsel)

CHARGE:___PWID - HEROIN_____
___/Felony          _____/Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

Federal Public Defender
101 N. E. 3rd Avenue, Suite 202
Ft. Lauderdale, FL  33301
Phone:  954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this __25TH__ day of __APRIL__, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc:  AUSA
     FPD
     Pretrial Services