COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: CARLOS REVELLO (J)      CASE NO: 00-4085-BSS
AUSA: ROBIN ROSENBAUM         ATTY: FPD
AGENT: DEA Dean Wolpert       VIOL:
PROCEEDING PTD HEARING        RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no    COUNSEL APPOINTED

        BOND SET @

        SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS     x's a wk/month by phone;     x's a wk/month in person

3) Travel extended to:

Gov't proceeded by proffer

S/A Wolpert sworn for cross-

PTD Ordered

danger + risk of flight

(Circle One)
Interpreter Requested
~~No interpreter~~
~~[illegible]~~
Spanish
(Specify Language)

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

                          PTD/BOND HRG:

                          PRELIM/ARRAIGN:

                          REMOVAL HRG:

                          STATUS CONF:

Date: 4/27/00    Time 10:30 AM    FTL/LSS TAPE #00- 021    Begin: 2867    End: 526
                                                and 022