UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-6106 CR-FERGUSON**

21 U.S.C. §841(a)(1)
18 U.S.C. §2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA )
)
v. )
)
CARLOS REVELO and )
MANUEL REVELO, )
)
Defendants. )
_____)

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about April 19, 2000, at Broward County, in the Southern District of Florida, the defendants,

**CARLOS REVELO and
MANUEL REVELO,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of heroin; in violation of Title 21,



United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **CARLOS & MANUEL REVELO** | Superseding Case Information: |

**Court Division:** (Select One)   New Defendant(s) ___ Yes ___ No
                                   Number of New Defendants ___
___ Miami    ___ Key West          Total number of counts ___
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _Yes_
   List language and/or dialect   _Spanish_

4. This case will take   _3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days     _X_      Petty      ___
   II   6 to 10 days    ___      Minor      ___
   III  11 to 20 days   ___      Misdem.    ___
   IV   21 to 60 days   ___      Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court?  (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _Yes_
   If yes:
   Magistrate Case No.   _00-4085-SELTZER_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   _4-19-00_
   Defendant(s) in state custody as of     _____
   Rule 20 from the   _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes
   _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

   _____
   ROBIN S. ROSENBAUM
   ASSISTANT UNITED STATES ATTORNEY
   Florida Bar No. 908223

*Penalty Sheet(s) attached                                              REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant Name:** <u>Carlos Revelo</u>  **Case No.:** _____

================================  =============================================

Count #I: Possession with intent to distribute heroin, in violation of 21:841(a)(1)

**Max. Penalty:** Minimum mandatory imprisonment of 5 years; maximum of 40 years' imprisonment; $2,000,000 fine

Count #

**Max. Penalty:**

Count #

**Max. Penalty:**

Count #:

**Max. Penalty:**

Count #:

**Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant Name:** __Manuel Revelo__   **Case No.:** _____

==================================   ==========================================

Count #I: Possession with intent to distribute heroin, in violation of 21:841(a)(1)

**Max. Penalty:**   Minimum mandatory imprisonment of 5 years; maximum of 40 years' imprisonment; $2,000,000 fine

==========================================================================

Count #

**Max. Penalty:** _____

Count #

**Max. Penalty:** _____

==========================================================================

Count #:

**Max. Penalty:**
==========================================================================

Count #:

**Max. Penalty:**
==========================================================================

==========================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.