COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: CARLOS REVELLO (J)         CASE NO: ~~00-4085-BSS~~ 6106-CR-WDF

AUSA: ROBIN ROSENBAUM /Mithani    ATTY: FPD

AGENT: _____    VIOL: _____

PROCEEDING ~~PRELIM~~/ARRAIGNMENT    RECOMMENDED BOND _____

BOND HEARING HELD - yes/no         COUNSEL APPOINTED _____

        BOND SET @                 [FILED by __ D.C. APR 28 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

        SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to:

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

[(Circle One) Interpreter Requested / No Interpreter / Not Known — Spanish (Specify Language)]

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

                          PTD/BOND HRG:

                          PRELIM/ARRAIGN:

                          REMOVAL HRG:

                          STATUS CONF: 5-15    11    BSS

Date: 4-28-00    Time: 11:00    FTL/LSS TAPE #00-022    Begin: 1788    End: 1840

16