

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6106-CR-FERGUSON

UNITED STATES OF AMERICA

vs

CARLOS REVELLO

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on APRIL 28, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __CUSTODY_____

                     Telephone:_____

DEFENSE COUNSEL:     Name:____FEDERAL PUBLIC DEFENDER____

                     Address:_____

                     Telephone:_____

BOND SET/CONTINUED:  $_____PTD_____

Bond hearing held: yes____  no____  Bond hearing set for_____

Dated this __28TH__ day of __APRIL_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By:___Kenny Butler_____
     Deputy Clerk

Tape No.____00- C22____

cc: Copy for Judge
    U. S. Attorney