**DEFT:** Carlos Revello (no deft)   **CASE NO:** 00-6106-CR-Ferguson

**AUSA:** Robin Rosenbaum /s/   **ATTNY:** FPD _Brandon for Brassel_

**AGENT:** ___   **VIOL:** ___

**PROCEEDING:** Status Conference   **BOND REC:** ___

**BOND HEARING HELD** - yes/no   **COUNSEL APPOINTED:**

___ BOND SET @ ___

FILED by ___ D.C.
MAY 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**CO-SIGNATURES:** ___

**SPECIAL CONDITIONS:** ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
no motions
A - requests 7 weeks
for motions -
granted

**NEXT COURT APPEARANCE:**   **DATE:**   **TIME:**   **JUDGE:**

INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___

**DATE:** 5-15-00   **TIME:** 11:00am   **TAPE #** 00-038   **PG #** 4
3296 3355