UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6106-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

CARLOS REVELLO,

　　　　Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on May 15, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require three days to try.

2. Defense counsel informed the Court that he has not yet received the Government's discovery response. He requested and was granted two additional weeks within which to file pretrial motions.

DATED at Fort Lauderdale, Florida this 15 day of May 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Robin Rosenbaum, Esquire
Assistant United States Attorney

Federal Public Defender's Office
Attorney for Defendant