UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6106-CR-FERGUSON
Chief Magistrate Judge Snow

UNITED STATES OF AMERICA,
Plaintiff,

v.

CARLOS REVELLO,

Defendant.

_____/



## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS

COMES NOW the defendant, Carlos Revello, by and through his undersigned attorney, and files his Motion For Extension of Time To File Pre-Trial Motions, and states as follows:

1. The above-styled matter is set for trial on June 19, 2000. Pre-trial motions are currently due on May 26, 2000.

2. The defendant is charged in an indictment with PWID heroin. The discovery provided to date includes several audiotapes and a videotape. Additional time is necessary to review the discovery and to discuss it fully with the defendant. Additional time also is necessary to research the issues that are ripe for potential pre-trial motions and then to prepare the motions.

3. Substantial involvement in the preparation of several appellate briefs in the Eleventh Circuit, including a voluminous appeal in a complex bank fraud/money laundering/RICO case which took two months to try, has left the undersigned unable to expend the time necessary to prepare the pre-trial motions in this case.

4.     The undersigned has attempted to speak with AUSA Robin Rosenbaum regarding this

motion but has been unable to speak with her.

WHEREFORE the defendant prays that the Court extend the time for filing pre-trial motions

by 14 days so that the motions are due on June 9, 2000.

                              Respectfully submitted,

                              KATHLEEN M. WILLIAMS
                              FEDERAL PUBLIC DEFENDER

By: _____

                              Martin J. Bidwill
                              Assistant Federal Public Defender
                              Attorney for Defendant
                              Florida Bar No. 868795
                              101 N.E. 3rd Avenue, Suite 202
                              Fort Lauderdale, Florida 33301
                              (954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 19TH

day of May, 2000, to Robin Rosenbaum, Assistant United States Attorney, 500 East Broward

Boulevard, Suite 700, Fort Lauderdale, Florida 33394.

                                                  Martin J. Bidwill