UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6106-CR-FERGUSON
Chief Magistrate Judge Snow

UNITED STATES OF AMERICA,
Plaintiff,

v.

CARLOS REVELLO,

Defendant.
_____/



FILED by _____ D.C.

MAY 26 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER EXTENDING TIME TO FILE PRE-TRIAL MOTIONS

THIS MATTER having come before the Court upon the Defendant's Motion for Extension of Time to file Pre-Trial Motions, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is hereby GRANTED and the defendant shall have until June 9, 2000, within which to file pre-trial motions.

DONE AND ORDERED this 26th day of May, 2000 at Fort Lauderdale, Florida.

_____
WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc: Martin J. Bidwill, AFPD
    Robin Rosenbaum, AUSA