UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-6106-CR-FERGUSON
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS REVELLO.

    Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW the defendant, by and through his undersigned attorney, and files his Motion For Continuance, and states as follows:

1. The above-styled matter is set for trial on June 19, 2000, with a calendar call set for Monday, June 12, 2000. This is the first trial setting in this case.

2. The defendant is not ready for trial. The undersigned needs additional time to complete preparation for trial or a potential plea in this case. The undersigned has not received the lab reports regarding the heroin seized in this case. Moreover, the undersigned is awaiting transcripts of the tapes in this case, which were in Spanish. Finally, the undersigned needs additional time to complete the factual investigation in this matter, including reviewing the audio and video tapes provided in discovery.

3.   The undersigned has spoken with AUSA Robin Rosenbaum about this motion, and AUSA Rosenbaum has authorized the undersigned to represent that the Government has no objection to the court granting this motion. Moreover, AUSA Rosenbaum is endeavoring to provide the additional discovery materials as soon as she receives them.

WHEREFORE the defendant prays that the Court grant this motion and continue the trial of this cause.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 8TH day of June, 2000, to Robin Rosenbaum, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; Barry Shevlin, Esq., 1111 Kane Concourse, Suite 605, Bay Harbor Islands, Florida 33154.

Martin J. Bidwill