UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6106-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CARLOS REVELO and | ) |
| MANUEL FERNANDO REVELO, | ) |
| | ) |
| Defendants. | ) |



## GOVERNMENT'S FIRST SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this first supplemental response to the Standing Discovery Order. The attachments to defense counsel's copies of this response are as follows:

1. Transcript of Tape N-7
2. Transcript of Tape N-8
3. Transcript of Tape N-9
4. Transcript of Tape N-11
5. Transcript of Tape N-14
6. Transcript of Tape N-4
7. Transcript of Tape N-5
8. Transcript of Tape N-6
9. Transcript of Tape N-10
10. Transcript of Tape N-12



Please contact the undersigned Assistant United States Attorney if any items are missing.

                Respectfully submitted,

                GUY A. LEWIS
                UNITED STATES ATTORNEY

By _____

                Robin S. Rosenbaum
                Assistant United States Attorney
                Florida Bar No. 908223
                500 E. Broward Blvd
                Suite 700
                Fort Lauderdale, FL 33394
                Tel. (954) 356-7255 ext. 3595
                Fax: (954) 356-7336

cc.    Special Agent Dean Wolpert
      United States Drug Enforcement Administration

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand-delivered to Marty Bidwell, Esq., Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301, and sent by United States mail, postage prepaid, to Barry Shevlin, Esq., 1111 Kane Concourse, Suite 605, Bay Harbor Islands, Florida 33154, this 9th day of June, 2000

Robin S. Rosenbaum
Assistant United States Attorney

3