**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6106-CR-WDF__   Date: __6/12/00__

Clerk: __Deloris McIntosh__   Reporter: __Paul Haferling__

USPO: _____   Interpreter: __None__

**UNITED STATES OF AMERICA** vs. __Carlos Revello, Manuel Revello__

AUSA: __Robin Rosenbaum__
Defendant(s) Counsel: __Marty Bidwell, Barry Shevlin__

Defendant(s) Present___ Not Present___ In Custody___
Reason for hearing: __Calendar Call__

Result of hearing: __Defense Counsel's M/cont granted__
__Reset for Calendar Call 6/26/00 @ 3:15__

Case Continued to: _____ Time: _____ A.M. For: _____

37