UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6106-CR-FERGUSON
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS REVELLO,

    Defendant.

_____/

### DEFENDANT'S NOTICE OF FILING

    COMES NOW the defendant, by and through his undersigned attorney, and files a letter from his mother, as translated by the Federal Public Defender Translation Unit, which the defendant would ask the Court to consider when passing sentence on September 8, 2000.

    Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)



CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 6Th day of September, to Robin Rosenbaum, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Martin J. Bidwill

Agosto, 28 del 2.000

Honors Judge.
Wikie D. Ferguson:

Con el debido respeto me dirijo a su Señoría para solicitarle humildemente Clemencia para mi hijo Carlos Andrés Revelo quien será juzgado y sentenciado el próximo 8 de Septiembre.

Carlos Nunca tuvo problemas con la justicia, esto que sucedió es algo anormal en su comportamiento porque El se ha destacado como un buen muchacho, buen hijo, respetuoso, estudioso, trabajador y pensando siempre en adquirir una buena formación para su futuro. Ahora se han truncado todos sus planes de formar una flia, de terminar su Universidad. El está muy arrepentido de este error que cometió y espera reintegrarse en la sociedad en una forma positiva.

Con mi dolor de madre acudo a su humanidad para solicitarle clemencia y compasión para mi hijo. Pido a Dios Todopoderoso para que ilumine a su Señoría al sentenciar

Atte   Rosalba Frazier

**TRANSLATION FROM SPANISH INTO ENGLISH**

August 28, 2000

The Honorable Wilkie D. Ferguson

Dear Judge Ferguson:

With all due respect I humbly beg you to be merciful with my son Carlos Andrés Revelo who will be tried and sentenced on September 8.

Carlos never had any problems with the justice system; what happened is something out of character for him because he has always been a good boy, a good son, always respectful, a good student and a hard worker concerned with trying to build himself a good future. Now all his dreams of completing his university studies and establishing a family have come to an end. He is very sorry for this mistake and hopes he will be able to join the ranks of society in a positive manner.

I appeal to the human being in you, as a suffering mother, for mercy and compassion for my son.

May Almighty God enlighten you when sentencing him.

> Sincerely,
>
> /s/ Rosalba Frazier