FILED by _____ D.C.

SEP. 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # _00-6106-__-WDF_

DEFENDANT _Carlos Revelo_     JUDGE ____ WILKIE D. FERGUSON

Deputy Clerk __TROY T. WALKER__     DATE _September 8, 2000_

Court Reporter __Paul Haferling__     USPO _Frank Smith_

AUSA _Korin Kalenbuum_     Deft's Counsel _Martin Bidwell_

COUNTS DISMISSED ____ All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

JUDGMENT AND SENTENCE

Imprisonment     Years     Months     Counts
                           70

Right to appeal

Supervised Release __4 years__     _See J&C for details_

Probation     Years     Months     Counts

Comments _____

Assessment $ _100.00_     Fine $ _none_

Restitution /Other _____

CUSTODY
✓ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _That the defendant is incarcerated as close to South Fla. as possible_