UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6106-CR-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARLOS REVELO,

        Defendant.
_____/

**NOTICE OF APPEAL**

Notice is hereby given that Carlos Revelo, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the sentence entered in this action on the 14th day of September, 2000.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        Federal Public Defender

By: _____
        Martin J. Bidwill
        Assistant Federal Public Defender
        Florida Bar No. 868795
        101 Northeast Third Avenue, Suite 202
        Ft. Lauderdale, Florida 33301-1100
        Telephone: (954) 356-7436

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appeal was served by U.S. mail this 19th day of September, 2000, upon Anne R. Schultz, Assistant United States Attorney, Chief of Appellate Division, 99 N.E. 4th Street, Miami, Florida 33132.

Martin J. Bidwill

KMW99:1