```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                     WEST PALM BEACH DIVISION


 UNITED STATES OF AMERICA,   .   CASE NO. 00-6106-CR-WDF

              PLAINTIFF,     .   WEST PALM BEACH, FLORIDA

         V.                  .
                             .   SEPTEMBER 8, 2000
 CARLOS REVELO,              .   10:00 AM
                             .
              DEFENDANT,     .
 . . . . . . . . . . . .         SENTENCING

                         - - - - -

              TRANSCRIPT OF PROCEEDINGS HAD
         BEFORE THE HONORABLE WILKIE D. FERGUSON
              UNITED STATES DISTRICT JUDGE

                         - - - - -

 APPEARANCES

 FOR THE UNITED STATES:   ROBIN ROSENBAUM, AUSA



 FOR THE DEFENDANT:       MARTIN BIDWELL, ESQ.




 COURT REPORTER:          CRISS D. BERTLING, RPR-CM
                          OFFICIAL COURT REPORTER
                          UNITED STATES DISTRICT COURT
                          701 CLEMATIS STREET, #416
                          WEST PALM BEACH, FLORIDA  33401
                          PHONE (561) 651-3865

                         - - - - -

      (PROCEEDINGS RECORDED AND TRANSCRIBED VIA C.A.T.)
              (Spanish Interpreter Present)
```