UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---

UNITED STATES OF AMERICA.   ) Case No. 00-6106-Cr-WDF
                            )
        Plaintiff,          )
                            ) Fort Lauderdale, Florida
vs                          ) June 30, 2000
                            )
CARLOS REVELO,              )
                            )
        Defendant.          )
---

TRANSCRIPT OF CHANGE OF PLEA
BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.

APPEARANCES:

FOR THE GOVERNMENT:        ROBYN ROSENBAUM, AUSA

FOR THE DEFENDANT:         MARTIN BIDWILL, ESQ.

COURT REPORTER:            PAUL HAFERLING, RPR

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**