DEFENDANT: **CARLOS REVELO, (J) 55278-004**
CASE NUMBER: **0:00CR06106-001**

00-6106 CR-FERGUSON.TR

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___70___ **month(s)** ___.

☒ The court makes the following recommendations to the Bureau of Prisons:

That the defendant is incarcerated as close to South Florida as possible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

*Troy J. Walker*
9/13/00

Defendant delivered on _October 12, 2000_ to _FDC-Miami, Fl._
at _33 NE 4th St Miami, Fl._, with a certified copy of this judgment.

_Monica S. Wetzel_ Warden
UNITED STATES MARSHAL

By _A Clark, LTE_
Deputy U.S. Marshal

59