UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

CLERK, U.S. COURT OF APPEALS
Eleventh Judicial Circuit
56 Forsyth Street
Atlanta, Georgia   30303

Date: November 17, 2000
USDC # 00-6106-CR-WDF
USCA # 00-14961-F

IN RE: **USA v. Carlos Revelo**

================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

      1  Volume of Pleadings
      2  Volumes of Transcripts

 X  Exhibits:

    1  Folder (Trial Exhibits)

    1  PSI (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By _____
Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness. _____

_____
Signature

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                        LSS     CLOSED
                                                        APPEAL
                    U.S. District Court
          Southern District of Florida (FtLauderdale)

          CRIMINAL DOCKET FOR CASE #: 00-CR-6106-ALL

USA v. Revelo                                           Filed: 04/27/00

Other Dkt # 0:00-m -04085

Case Assigned to:  Judge Wilkie D. Ferguson, Jr.

CARLOS REVELO (1) , DOB:           Martin John Bidwill
9/27/73 Prisoner # 55278-004         [term   09/13/00]
    defendant                      Below Address Terminated on 11/1/00
  [term   09/13/00]                FTS 833-0368
                                   [COR LD NTC pda]
                                   Federal Public Defender's
                                   Office
                                   101 NE 3rd Avenue
                                   Suite 202
                                   Fort Lauderdale, FL 33301-1145
                                   954-356-7436


Pending Counts:                    Disposition

21:841A=CD.F CONTROLLED SUBST      70 months imprisonment, 4 years
SELL/DISTR/DISPENSE                supervised release and $100
(1)                                special assessment
                                   (1)


Offense Level (opening): 4


Terminated Counts:

   NONE



Complaints                         Disposition

21:841,846 Conspired to and
PWID heroin
[ 0:00-m -4085 ]


=======================


Docket as of November 17, 2000 11:32 am
```

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 11-17-00

```
Proceedings include all events.                                    LSS
0:00cr6106-ALL USA v. Revelo                                CLOSED APPEAL

Case Assigned to:  Judge Wilkie D. Ferguson, Jr.

MANUEL FERNANDO REVELO (2) ,          Barry Ted Shevlin
DOB: 7/15/69 Prisoner # 55277-         [term  09/13/00]
004                                   FTS 868-0338
    defendant                         305-868-0304
 [term  09/13/00]                     Suite 605
                                      [COR LD NTC cja]
                                      1111 Kane Concourse
                                      Bay Harbour Islands, FL 33154


Pending Counts:                       Disposition

21:841A=CD.F CONTROLLED SUBST         46 months imprisonment, 3 years
SELL/DISTR/DISPENSE                   supervised release and $100
(1)                                   special assessment
                                      (1)


Offense Level (opening): 4

Terminated Counts:

   NONE


Complaints                            Disposition

21:841,846 Conspired to and
PWID heroin
[ 0:00-m -4085 ]
```

```
Proceedings include all events.                                    LSS
0:00cr6106-ALL USA v. Revelo                                CLOSED APPEAL

CARLOS REVELO, DOB: 9/27/73 Prisoner # 55278-004

         defendant


=========================

MANUEL FERNANDO REVELO, DOB: 7/15/69 Prisoner # 55277-004

         defendant


=========================

USA

         plaintiff


U. S. Attorneys:

 Robin Stacie Rosenbaum
 FTS 356-7228
 954-356-7255
 [COR LD NTC]
 United States Attorney's Office
 500 E Broward Boulevard
 7th Floor
 Fort Lauderdale, FL 33394-3002
 954-356-7254

 PTS Officer
 FTS 356-7915
 954-769-5600
 [COR LD NTC]
 Pretrial Services Office
 299 E Broward Boulevard
 Suite 301
 Fort Lauderdale, FL 33301
 954-769-5600

 Probation Officer
 FTS 356-7061
 954-769-5500
 [COR LD NTC]
 United States Probation Office
 299 E Broward Boulevard
 Room 409
 Fort Lauderdale, FL 33301-1865
 954-769-5500
```

```
Proceedings include all events.                                           LSS
0:00cr6106-ALL USA v. Revelo                                        CLOSED APPEAL

4/19/00  --     ARREST of Carlos Revelo, Manuel Fernando Revelo
                [ 0:00-m -4085 ] (dd) [Entry date 04/20/00]

4/20/00  1      COMPLAINT as to Carlos Revelo, Manuel Fernando Revelo
                [ 0:00-m -4085 ] (dd) [Entry date 04/20/00]

4/20/00  2      ORDER on Initial Appearance as to Carlos Revelo Bond set to
                PTD Requested for Carlos Revelo. Arraignment set for 11:00
                4/28/00 ; Report re counsel set for 11:00 4/25/00 ;
                Detention hearing set for 10:00 4/27/00 before Magistrate
                Barry S. Seltzer, , ( Signed by Magistrate Barry S.
                Seltzer on 4/20/00) Tape # 00-030 CCAP
                [ 0:00-m -4085 ] (dd) [Entry date 04/20/00]

4/20/00  3      ORDER on Initial Appearance as to Manuel Fernando Revelo
                Bond set to PTD Requested. Arraignment set for 11:00
                4/28/00 ; Report re counsel set for 11:00 4/25/00 Detention
                hearing set for 10:00 4/27/00 before Magistrate Barry S.
                Seltzer, , ( Signed by Magistrate Barry S. Seltzer on
                4/20/00) Tape # 00-030 CCAP
                [ 0:00-m -4085 ] (dd) [Entry date 04/20/00]

4/20/00  4      Minute of Initial Appearance held on 4/20/00  before
                Magistrate Barry S. Seltzer as to Carlos Revelo ; Defendant
                advised of charges, needs SPANISH INTERPRETER, will hire an
                atty., IRC 4/25/00, PTD 4/27/00, prelim/arraignment
                4/28/00. Court Reporter Name or Tape #: 00-030
                [ 0:00-m -4085 ] (dd) [Entry date 04/20/00]

4/20/00  5      Minute of Initial Appearance held on 4/20/00  before
                Magistrate Barry S. Seltzer as to Manuel Fernando Revelo ;
                Defendant advised of charges, will hire an atty., IRC
                4/25/00, PTD 4/27/00, prelim/arraignment 4/28/00. Court
                Reporter Name or Tape #: 00-030
                [ 0:00-m -4085 ] (dd) [Entry date 04/20/00]

4/25/00  6      REPORT Commencing Criminal Action as to Manuel Fernando
                Revelo  DOB: 7/15/68   Prisoner # 55277-004
                [ 0:00-m -4085 ] (pb) [Entry date 04/25/00]

4/25/00  7      REPORT Commencing Criminal Action as to Carlos Revelo   DOB:
                9/27/73   Prisoner # 55278-004
                [ 0:00-m -4085 ] (pb) [Entry date 04/25/00]

4/25/00  8      Minute of inquiry re counsel held on 4/25/00  before
                Magistrate Judge Lurana S. Snow as to Manuel Fernando
                Revelo Sworn for appointment of counsel. CJA to be
                appointed. Tape #: 00-021
                [ 0:00-m -4085 ] (pb) [Entry date 05/01/00]

4/25/00  9      Minute of inquiry re counsel held on 4/25/00  before
                Magistrate Judge Lurana S. Snow as to Carlos Revelo ;
                Federal Public Defender appointed. Tape #: 00-021
                [ 0:00-m -4085 ] (pb) [Entry date 05/01/00]
```

```
Proceedings include all events.                                    LSS
0:00cr6106-ALL USA v. Revelo                                CLOSED APPEAL

4/26/00  10    ORDER Appointing Federal Public Defender for Carlos Revelo
               ( Signed by Magistrate Judge Lurana S. Snow on 4/25/00)
               CCAP [EOD Date: 5/1/00]   CCAP
               [ 0:00-m -4085 ] (pb) [Entry date 05/01/00]

4/26/00  11    CJA 20 as to Manuel Fernando Revelo : Appointment of
               Attorney Barry Ted Shevlin ( Signed by Magistrate Judge
               Lurana S. Snow  on 4/26/00)
               [ 0:00-m -4085 ] (pb) [Entry date 05/01/00]

4/27/00  12    Minute of PTD hearing held on 4/27/00  before Magistrate
               Judge Lurana S. Snow as to Manuel Fernando Revelo ; Pretrial
               Detention Ordered. Tape #: 00-021
               [ 0:00-m -4085 ] (pb) [Entry date 05/01/00]
               [Edit date 05/01/00]

4/27/00  --    Detention hearing as to Manuel Fernando Revelo  held
               [ 0:00-m -4085 ] (pb) [Entry date 05/01/00]

4/27/00  13    Minute of PTD hearing held on 4/27/00  before Magistrate
               Judge Lurana S. Snow as to Carlos Revelo ; Pretrial
               Detention Ordered.  Tape #: 00-021
               [ 0:00-m -4085 ] (pb) [Entry date 05/01/00]
               [Edit date 05/01/00]

4/27/00  --    Detention hearing as to Carlos Revelo  held
               [ 0:00-m -4085 ] (pb) [Entry date 05/01/00]

4/27/00  14    DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
               Carlos Revelo
               [ 0:00-m -4085 ] (pb) [Entry date 05/01/00]

4/27/00  15    INDICTMENT as to Carlos Revelo (1) count(s) 1, Manuel
               Fernando Revelo (2) count(s) 1 (Criminal Category 1) (pb)
               [Entry date 05/01/00]

4/27/00  --    Magistrate identification:  Magistrate Judge Lurana S. Snow
               (pb) [Entry date 05/01/00]

4/28/00  16    Minute of arraignment held on 4/28/00  before Magistrate
               Judge Lurana S. Snow as to Carlos Revelo ;  Court Reporter
               Name or Tape #: 00-22/1788 (dp) [Entry date 05/02/00]

4/28/00  17    Minute of arraignment held on 4/28/00  before Magistrate
               Judge Lurana S. Snow as to Manuel Fernando Revelo ;  Court
               Reporter Name or Tape #: 00-22/1788 (dp)
               [Entry date 05/02/00]

4/28/00  18    ARRAIGNMENT INFORMATION SHEET for Carlos Revelo (1)
               count(s) 1   NOT GUILTY PLEA ENTERED as to all counts.
               Court accepts plea. (dp) [Entry date 05/02/00]
```

```
Proceedings include all events.                                          LSS
0:00cr6106-ALL USA v. Revelo                                    CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 4/28/00 | 19 | ARRAIGNMENT INFORMATION SHEET for Manuel Fernando Revelo (2) count(s) 1   NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (dp) [Entry date 05/02/00] |
| 4/28/00 | 20 | ORDER SETTING STATUS CONFERENCE as to Carlos Revelo, Manuel Fernando Revelo   Status conference set for 11:00 5/15/00 for Carlos Revelo, for Manuel Fernando Revelo   before Magistrate Barry S. Seltzer ( Signed by Magistrate Judge Lurana S. Snow on 4/28/00) CCAP [EOD Date: 5/2/00]   CCAP (dp) [Entry date 05/02/00] |
| 4/28/00 | 21 | STANDING DISCOVERY ORDER as to Carlos Revelo, Manuel Fernando Revelo   all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Judge Lurana S. Snow on 4/28/00)  CCAP (dp) [Entry date 05/02/00] |
| 4/28/00 | 22 | NOTICE of Assignment of Assistant Public Defender for Carlos Revelo . Terminated  AFPD Martin John Bidwill assigned. (dp) [Entry date 05/02/00] |
| 5/1/00 | 23 | ORDER OF DETENTION as to Carlos Revelo ( Signed by Magistrate Judge Lurana S. Snow on 5/1/00)  CCAP (dp) [Entry date 05/03/00] |
| 5/1/00 | 24 | ORDER OF DETENTION as to Manuel Fernando Revelo ( Signed by Magistrate Judge Lurana S. Snow on 5/1/00)  CCAP (dp) [Entry date 05/03/00] |
| 5/12/00 | 25 | RESPONSE to Standing Discovery Order by USA   as to Carlos Revelo, Manuel Fernando Revelo (dp) [Entry date 05/15/00] |
| 5/15/00 | 26 | Minute of status conference held on 5/15/00   before Magistrate Barry S. Seltzer as to Carlos Revelo ;   Court Reporter Name or Tape #: 00-38-3298 (dp) [Entry date 05/16/00] |
| 5/15/00 | -- | Status conference as to Carlos Revelo  held (dp) [Entry date 05/16/00] |
| 5/15/00 | 27 | Minute of status conference held on 5/15/00   before Magistrate Barry S. Seltzer as to Manuel Fernando Revelo ; Court Reporter Name or Tape #: 00-38-3610 (dp) [Entry date 05/16/00] |
| 5/15/00 | -- | Status conference as to Manuel Fernando Revelo  held (dp) [Entry date 05/16/00] |
| 5/17/00 | 28 | SCHEDULING ORDER as to Carlos Revelo, Manuel Fernando Revelo   setting Calendar Call for 3:15 6/12/00 for Carlos Revelo, for Manuel Fernando Revelo ; Jury Trial for 6/19/00 for Carlos Revelo, for Manuel Fernando Revelo ;   before Judge Wilkie D. Ferguson Jr.  ( Signed by Judge Wilkie D. Ferguson Jr. on 5/17/00) CCAP [EOD Date: 5/18/00]   CCAP (dp) |

```
Proceedings include all events.                                    LSS
0:00cr6106-ALL USA v. Revelo                                  CLOSED APPEAL

                    [Entry date 05/18/00]

5/17/00  (29)   STATUS REPORT ORDER as to Carlos Revelo  . ( Signed by
                Magistrate Barry S. Seltzer on 5/15/00) CCAP [EOD Date:
                5/18/00]   CCAP (dp) [Entry date 05/18/00]

5/17/00  (30)   STATUS REPORT ORDER as to Manuel Fernando Revelo  . (
                Signed by Magistrate Barry S. Seltzer on 5/15/00) CCAP [EOD
                Date: 5/18/00]   CCAP (dp) [Entry date 05/18/00]

5/19/00  (31)   MOTION by Carlos Revelo to extend time to file pre-trial
                motions (dp) [Entry date 05/22/00]

5/26/00  (32)   ORDER as to Carlos Revelo  granting [31-1] motion to extend
                time to file pre-trial motions as to Carlos Revelo (1) to
                6/9/00  ( Signed by Judge Wilkie D. Ferguson Jr. on
                5/26/00) CCAP [EOD Date: 5/30/00] CCAP (dp)
                [Entry date 05/30/00]

6/1/00   (33)   NOTICE of Unavailabilty from 8/25 to 9/4 ay by Manuel
                Fernando Revelo (dp) [Entry date 06/05/00]

6/8/00   (34)   MOTION by Carlos Revelo to continue trial (dp)
                [Entry date 06/09/00]

6/9/00   (35)   FIRST SUPPLEMENTAL RESPONSE to Standing Discovery Order by
                USA as to Carlos Revelo, Manuel Fernando Revelo (dp)
                [Entry date 06/12/00]

6/9/00   (36)   SECOND SUPPLEMENTAL RESPONSE to Standing Discovery Order by
                USA as to Carlos Revelo, Manuel Fernando Revelo (dp)
                [Entry date 06/12/00]

6/12/00  (37)   Minutes of calendar call held on 6/12/00  before Judge
                Wilkie D. Ferguson Jr. as to Carlos Revelo, Manuel Fernando
                Revelo ;  Court Reporter Name or Tape #: Paul Haferling (dp)
                [Entry date 06/13/00]

6/12/00   --    Calendar call  as to Carlos Revelo, Manuel Fernando Revelo
                held (dp) [Entry date 06/13/00]

6/16/00  (38)   ORDER as to Carlos Revelo, Manuel Fernando Revelo  granting
                [34-1] motion to continue trial as to Carlos Revelo (1) to
                Continue in Interest of Justice,  reset calendar call for
                3:15 6/26/00 for Carlos Revelo, for Manuel Fernando Revelo
                before Judge Wilkie D. Ferguson Jr.,  reset Jury trial
                for 7/3/00 for Carlos Revelo, for Manuel Fernando Revelo
                before Judge Wilkie D. Ferguson Jr. ( Signed by Judge
                Wilkie D. Ferguson Jr. on 6/16/00) CCAP [EOD Date: 6/20/00]
                CCAP (dp) [Entry date 06/20/00]
```

```
Proceedings include all events.                                    LSS
0:00cr6106-ALL USA v. Revelo                           vd.|Cont. CLOSED APPEAL
```

| | | |
|---|---|---|
| 6/28/00 | 39 | Minutes of change of plea held on 6/28/00 before Judge Wilkie D. Ferguson Jr. as to Manuel Fernando Revelo ; GUILTY: Manuel Fernando Revelo (2) count(s) 1  Court Reporter Name or Tape #: Paul Haferling (dp) [Entry date 06/29/00] |
| 6/28/00 | 40 | Plea Agreement as to Manuel Fernando Revelo (dp) [Entry date 06/29/00] |
| 6/28/00 | 41 | NOTICE of Hearing as to Manuel Fernando Revelo :  set Sentencing for 1:30 9/8/00 for Manuel Fernando Revelo before Judge Wilkie D. Ferguson Jr. (dp) [Entry date 06/29/00] |
| 6/30/00 | 42 | Minutes of change of plea held on 6/30/00  before Judge Wilkie D. Ferguson Jr. as to Carlos Revelo ; GUILTY: Carlos Revelo (1) count(s) 1  Court Reporter Name or Tape #: Paul Haferling (dp) [Entry date 07/03/00] |
| 6/30/00 | 43 | Plea Agreement as to Carlos Revelo (dp) [Entry date 07/03/00] |
| 6/30/00 | 44 | NOTICE of Hearing as to Carlos Revelo :  setting Sentencing for 10:30 9/8/00 for Carlos Revelo   before Judge Wilkie D. Ferguson Jr. (dp) [Entry date 07/03/00] |
| 8/18/00 | 45 | STATEMENT of acceptance of responsibility by Manuel Fernando Revelo (dp) [Entry date 08/21/00] |
| 8/18/00 | 46 | OBJECTION by Manuel Fernando Revelo  to Presentence Investigation Report (dp) [Entry date 08/21/00] |
| 8/21/00 | 47 | OBJECTION by Carlos Revelo  to Presentence Investigation Report (dp) [Entry date 08/22/00] |
| 9/6/00 | 48 | NOTICE of filing letter from defendant's mother by Carlos Revelo (dp) [Entry date 09/07/00] |
| 9/8/00 | 49 | Minutes of sentencing held on 9/8/00  before Judge Wilkie D. Ferguson Jr. as to Carlos Revelo ;  Court Reporter Name or Tape #: Paul Haferling (dp) [Entry date 09/11/00] |
| 9/8/00 | -- | Sentencing  held Carlos Revelo (1) count(s) 1 (dp) [Entry date 09/14/00] |
| 9/8/00 | -- | Sentencing  held Manuel Fernando Revelo (2) count(s) 1 (dp) [Entry date 09/14/00] |
| 9/11/00 | 50 | Minutes of sentencing held on 9/8/00  before Judge Wilkie D. Ferguson Jr. as to Manuel Fernando Revelo ;  Court Reporter Name or Tape #: Chriss Bertling (dp) [Entry date 09/12/00] |

```
Proceedings include all events.                                    LSS
0:00cr6106-ALL USA v. Revelo                               CLOSED APPEAL

9/13/00  51    JUDGMENT as to  Carlos Revelo (1) count(s) 1.  70 months
               imprisonment, 4 years supervised release and $100 special
               assessment  ( Signed by Judge Wilkie D. Ferguson Jr. on
               9/13/00) CCAP [EOD Date: 9/14/00]  CCAP (dp)
               [Entry date 09/14/00]

9/13/00  52    JUDGMENT as to  Manuel Fernando Revelo (2) count(s) 1.  46
               months imprisonment, 3 years supervised release and $100
               special assessment  ( Signed by Judge Wilkie D. Ferguson
               Jr. on 9/13/00) CCAP [EOD Date: 9/14/00]  CCAP (dp)
               [Entry date 09/14/00]

9/19/00  53    NOTICE OF APPEAL by Carlos Revelo re: [51-1] judgment order
               . EOD Date: 9/14/00; Carlos Revelo (1) count(s) 1; Filing
               Fee: $ NO FEE REQUIRED; Copies to USCA, AUSA, USM, USPO and
               Counsel of Record. (gf) [Entry date 09/19/00]

9/19/00  --    Certified copies of Notice of Appeal, Docket and Order
               under appeal to USCA: as to Carlos Revelo [53-1] appeal (gf)
               [Entry date 09/19/00]

9/27/00  54    TRANSCRIPT INFORMATION FORM as to Carlos Revelo  re: [53-1]
               appeal received. (Forwarded to Court Reporter Coordinator)
               (gf) [Entry date 09/28/00]

9/27/00  55    SUPPLEMENTAL TRANSCRIPT INFORMATION FORM as to Carlos
               Revelo re: [53-1] appeal received. (Forwarded to Court
               Reporter Coordinator) (gf) [Entry date 09/28/00]

9/28/00  --    NOTICE of Receipt of Transmittal Letter from USCA as to
               Carlos Revelo  Re: [53-1] appeal  USCA Number: 00-14961-F
               (dl) [Entry date 09/29/00]

10/12/00 56    TRANSCRIPT filed as to Carlos Revelo of Proceedings held
               9/8/00 before Judge Wilkie D. Fergson Volume #: 1 Pages:
               1-39 re:- [53-1] appeal . Appeal record due on 10/27/00 for
               Carlos Revelo (dj) [Entry date 10/12/00]

10/12/00 57    Appeal Information Sheet as to Carlos Revelo  re: [53-1]
               appeal Transcript filed on 10/12/00 for Carlos Revelo (gf)
               [Entry date 10/23/00]

10/30/00 58    TRANSCRIPT filed as to Carlos Revelo  of Change of Plea
               Hearing held 6/30/00 before Judge Wilkie D. Ferguson, Jr.
               Volume #: 1  Pages: 1-16  re: [53-1] appeal . Appeal record
               due on 11/14/00 for Carlos Revelo (gf) [Entry date 10/30/00]

11/6/00  59    Judgment Returned Executed as to Carlos Revelo on 10/12/00
               at FDC Miami (dp) [Entry date 11/07/00]

11/17/00 60    Certificate of readiness transmitted to USCA as to Carlos
               Revelo  re: [53-1] appeal  by Carlos Revelo  USCA #
               00-14961-F (dl) [Entry date 11/17/00]
```